JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANEIL LOPEZ,<br><br>               Plaintiff(s),<br><br>vs.<br><br>LIQUOR 1940, INC., et al.,<br><br>               Defendant(s). | Case No. 2:18-cv-02577-RGK-FFM<br><br>ORDER DISMISSING ACTION FOR LACK OF PROSECUTION |

On June 8, 2018, the Court issued an Order to Show Cause re Dismissal for Lack of Prosecution ("OSC") [11]. On June 12, 2018, plaintiff filed a Notice of Settlement and Request to Vacate all Currently Set Dates [12]. The Court denied the Request on June 13, 2018, informing the parties that they were not relieved of any deadlines or court appearances until a dismissal of the action was filed [13]. On June 13, 2018 plaintiff filed a response to the OSC, requesting that defendant's deadline to respond to the complaint be extended by 60 days [14]. On June 14, 2018, the request to extend the responsive deadline was denied by the Court and the parties were again informed that they were not relieved of any deadlines or court appearances until a dismissal of the action was filed [15].

As of today's date, defendant has not filed a responsive document and plaintiff has not requested default by the Clerk, therefore, the matter is hereby dismissed without prejudice, for lack of prosecution.

**IT IS SO ORDERED.**

Dated: June 20, 2018

R. GARY KLAUSNER
UNITED STATES DISTRICT JUDGE